1  Lawrence H. Meuers, Esq. (SBN 197663)
   MEUERS LAW FIRM, P.L.
2  5395 Park Central Court
   Naples, FL 34109
3  Telephone: (239)513-9191
   Facsimile: (239)513-9677
4  lmeuers@meuerslawfirm.com

5  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

*E-FILED - 1/25/07*

| | |
|---|---|
| NATURAL SELECTION FOODS, LLC, a limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>PREMIUM FRESH FARMS, LLC, a California limited liability company; SALVADORE PAUL TARANTINO, an individual; EMMITT L. PFOST, an individual; PAUL E. DUNHAM, an individual; PDP ASSOCIATES, LLC, a California limited liability company; and AG HARVESTING & TECHNOLOGIES, LLC, a California limited liability company;<br><br>Defendants. | 5:07-cv-00197-RMW<br><br>ORDER APPROVING JOINT STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION |

THIS CAUSE having come before the Court on the Stipulation of Plaintiff, Natural Selection Foods, LLC ("Plaintiff"), and Fresh Kist Produce, LLC ("Fresh Kist") and Fresh Start Advantage, Inc. ("Fresh Start") (Fresh Start and Fresh Kist are hereinafter collectively "Intervening Plaintiffs") and Defendants, Premium Fresh Farms, LLC ("Premium Fresh"), Salvadore Paul Tarantino ("Tarantino"), Emmitt L. Pfost ("Pfost"), Paul E. Dunham ("Dunham"), PDP Associates, LLC ("PDP") and Ag Harvesting & Technologies, LLC ("Ag Harvesting") (Premium Fresh, Tarantino, Pfost, Dunham, PDP and Ag Harvesting are hereinafter collectively referred to as

1  "Defendants").  Having considered the Stipulation and being otherwise fully advised
2  in the premises,

3        Accordingly, **IT IS HEREBY ORDERED**:

4      A.    The Preliminary Injunction hearing scheduled for 9:00 a.m. on Friday,
5  January 26, 2007 before the Honorable Ronald M. Whyte is hereby continued to
6  February 16, 2007 @ 9:00 a.m.

7        IT IS SO ORDERED in Chambers at San Jose, California this ___25___ day of
8  January, 2007.

*Ronald M. Whyte*
Ronald M. Whyte
United States District Court Judge

Copies to:
    Lawrence H. Meuers, Esq., Counsel for Plaintiff
    R. Jason Read, Esq., Counsel for Intervening Plaintiffs
    Paul Moncrief, Esq., Counsel for Defendants

X:\docs\Premium Fresh Farms 3\drafts\order approving stip to continue.DOC