Paul W. Moncrief, Esq. SBN 204239
JOHNSON and MONCRIEF, PLC
295 Main Street, Suite 600
Salinas, CA 93901
Telephone: (831) 759-0900
Facsimile: (831) 759-0902

Attorney for PREMIUM FRESH FARMS, LLC

*E-FILED - 2/7/07*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| NATURAL SELECTION FOODS, LLC<br>A limited liability company<br><br>Plaintiff,<br>v.<br><br>PREMIUM FRESH FARMS, LLC, a California limited liability company; SALVADOR PAULTARANTINO, an individual; EMMITT L. PFOST, an individual; PAUL E. DUNHAM, an individual; PDP ASSOCIATES, LLC, a California limited liability company; and AG HARVESTING & TECHNOLOGIES, LLC, a California limited liability company<br><br>Defendants.<br><br>FRESH KIST PRODUCE, LLC, a California limited liability company; FRESH START ADVANTAGE, INC., a California corporation<br><br>Plaintiffs in Intervention,<br>v.<br><br>PREMIUM FRESH FARMS, LLC, a California limited liability company; SALVADOR PAULTARANTINO, an individual; EMMITT L. PFOST, an individual; PAUL E. DUNHAM, an individual; PDP ASSOCIATES, LLC, a California limited liability company; and AG HARVESTING & TECHNOLOGIES, LLC, a California limited liability company<br><br>Defendants in Intervention | Case No. f:07-cv-00197-RMW<br><br>**STIPULATION AND ORDER FOR SETTLEMENT AND ENTRY OF JUDGMENT** |

Defendant Premium Fresh Farms, LLC, submits the following Stipulation and Order for Settlement and Entry of Judgment under the Perishable Agricultural Commodities Act of 1930, as amended 7 U.S.C. § 499e(c) ("PACA"):

1. This Stipulation and Order may be executed in any number of counterparts with the same effect as if all signatories had signed the same document. All counterparts must be construed together to constitute one instrument.

2. The parties stipulate to the following Order for Settlement and Judgment for purpose of facilitating the recovery of PACA Trust Assets and to resolve the instant action.

3. Plaintiff and Plaintiffs in Intervention sold to Premium Fresh Farms, LLC in interstate commerce and Premium Fresh Farms, LLC purchased from Plaintiff and Plaintiffs in Intervention perishable agricultural commodities ("Produce").

4. Premium Fresh Farms, LLC acknowledges that the products sold and shipped to Plaintiff and Plaintiffs in Intervention were Produce. Premium Fresh Farms, LLC further acknowledges that Plaintiff and Plaintiffs in Intervention have taken all steps necessary to preserve all statutory trust rights to which they are entitled under PACA.

5. Premium Fresh Farms, LLC acknowledges that Plaintiff and Plaintiffs in Intervention are valid trust creditors under Section 5(c) of the PACA.

6. The parties have entered into a Confidential Settlement Agreement and Mutual Release ("Settlement"), wherein Premium Fresh Farms, LLC has agreed to make payment to Plaintiff and Plaintiffs in Intervention in satisfaction of their claims. Pursuant to the Settlement, the parties have agreed as follows:

   a. Natural Selection Foods, LLC is a PACA trust beneficiary of Premium Fresh Farms, LLC, in the amount of $182,075.64.

   b. Judgment shall be entered in favor of Natural Selection Foods, LLC, in the total amount of $182,075.64, which consists of the principal of $176,186.75, plus $13,000.00 in attorney's fees and $12,888.89 in prejudgment interest, less an agreed discount of $20,000.00.

c. Fresh Kist Produce, LLC is a PACA trust beneficiary of Premium Fresh Farms, LLC, in the amount of $1,377,858.71.

d. Judgment shall be entered in favor of Fresh Kist Produce, LLC, in the total amount of $1,377,858.71, which consists of the principal of $1,333,525.04, plus $7,000.00 in attorney's fees and $37,907.67 in prejudgment interest.

e. Fresh Start Advantage, Inc. is a PACA trust beneficiary of Premium Fresh Farms, LLC in the amount of $459,967.97.

f. Judgment shall be entered in favor of Fresh Start Advantage, Inc., in the total amount of $459,967.97, which consists of principal of $429,919.00, plus $3,000.00 in attorney's fees and $27,974.97 in prejudgment interest.

g. Defendants Premium Fresh Farms, LLC, Salvadore Paul Tarantino, Emmitt L. Pfost, PDP Associates, LLC And Ag Harvesting & Technologies, LLC shall be jointly and severally liable for all amounts due under this judgment.

h. Post-judgment interest on unpaid principal sums shall accrue at the rate of 18% per annum from January 20, 2007 forward until fully paid.

7. The form of Judgment is attached hereto and incorporated as Exhibit "A".

8. Plaintiff and Plaintiffs in Intervention agree and stipulate not to take proceedings to enforce this Judgment provided that Premium Fresh Farms, LLC pays to Plaintiff and Plaintiffs in Intervention the full amount due in a timely manner as set forth in the Settlement.

11. Plaintiff and Plaintiffs in Intervention hereby stipulate and agree that upon payment in full under the terms of the Settlement, Plaintiff and Plaintiffs in Intervention shall file a Notice of Satisfaction of Judgment with the Court.

13. By signing this Stipulation and Order below on behalf of Plaintiff, Plaintiffs in Intervention and Premium Fresh Farms, the undersigned represent and warrant that they have all requisite authority to bind the respective party to the terms of this Stipulation and Order.

A. Each of the above paragraphs 1 through 13 is hereby incorporated as though fully set forth.

B. Plaintiff and Plaintiffs in Intervention are valid trust creditors under Section 5(c) of the PACA, 7 U.S.C. § 499e(c) against Premium Fresh Farms, LLC.

C. Judgment shall be entered in favor of Plaintiff and Plaintiffs in Intervention and against Premium Fresh Farms, LLC as provided for in the Judgment attached as Exhibit "A".

D. Upon payment in full under the Settlement, Plaintiff and Plaintiffs in Intervention shall file a Notice of Satisfaction of Judgment with the Court.

IT IS SO ORDERED.

Dated: 2/7, 2007

*Ronald M. Whyte*
JUDGE, U.S. DISTRICT COURT

Stipulated by the parties:

Dated: February 6, 2007

*Paul M.*
Paul W. Moncrief, Esq.
Johnson & Moncrief, PLC
Attorney for Premium Fresh Farms, LLC

Dated: 06 February 2007

*Katy Koestner Esquivel*
Katy Koestner Esquivel, Esq.
Meuers Law Firm, PL
Attorney for Plaintiff

Dated:

R. Jason Read, Esq.
Rynn & Janowsky
Attorney for Plaintiffs in Intervention

4

Stipulation and Order for Settlement and Entry of Judgment
Case No. f:07-cv-00197-RMW